**B9B (Official Form 9B)** (Chapter 7 Corporation/Partnership No Asset Case) (12/12) — Case Number **14–40107**

UNITED STATES BANKRUPTCY COURT Eastern District of Texas

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 1/14/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Heritage Pacific Financial, LLC
6860 Dallas Parkway, 6th Floor
Plano, TX 75024

| | |
|---|---|
| Case Number:<br>14–40107 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>26–4540580 |
| Attorney for Debtor(s) (name and address):<br>James S. Brouner<br>12770 Coit Road, Suite 541<br>Dallas, TX 75251<br>Telephone number: (972) 628–3692 | Bankruptcy Trustee (name and address):<br>Christopher Moser<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201<br>Telephone number: (214) 880–1805 |

## Meeting of Creditors

Date: **February 14, 2014**   Time: **10:00 AM**
Location: **Southfork Hotel, 1600 N. Central Expressway, Plano, TX 75074**

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Suite 300B<br>660 North Central Expressway<br>Plano, TX 75074<br>Telephone number: (972)509–1240 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeanne Henderson |
| Hours Open: Monday – Friday 8:00 AM – 4:00 PM | Date: 1/15/14 |

**EXPLANATIONS**     B9B (Official Form 9B) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. The *debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

```
                            United States Bankruptcy Court
                              Eastern District of Texas
In re:                                                                                   Case No. 14-40107-btr
Heritage Pacific Financial, LLC                                                          Chapter 7
           Debtor                       CERTIFICATE OF NOTICE
District/off: 0540-4          User: carterl                Page 1 of 2                   Date Rcvd: Jan 15, 2014
                              Form ID: B9b                 Total Noticed: 86


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2014.
db           +Heritage Pacific Financial, LLC,    6860 Dallas Parkway, 6th Floor,   Plano, TX 75024-4232
6687068      +ABC Legal Services,    201 S  Figueroa S , # 100,   Los Angeles CA 90012-2543
6687070      +ADT Security Services,    1501 Yamato Rd,   Boca Raton FL 33431-4438
6687069      +Accurate Confidential Research,    12953 SW 112th Street, # 317,   Miami FL 33186-4768
6687071      +Advanced Location Services, LLC,    6860 Dallas Pkwy #600,   Plano TX 75024-4273
6687072       Allied Waste Services,    4200 East 14th Street,   Plano TX 75074-7102
6687073      +Andrew P  Layne et al,    c/o Robert Sherman,   PO Box 280,   1715 Monroe St,
                Fort Myers FL 33901-3072
6687075      +Blakely Appraisals,    c/o Peter C  Catalanotti,   One California Street, Suite 1100,
                San Francisco CA 94111-5412
6687076      +Blue Star Holdings, LLC,    6860 Dallas Pkwy , #600,   Plano TX 75024-4273
6687078       CBCInnovis, Inc,    P O  Box 535595,   Pittsburgh PA 15253-5595
6687079      +CBCInnovis, Inc,    250 East Broad St,   Columbus OH 43215-3708
6687088      +CSC Credit Services,    652 N  Sam Houston Pkwy  E,   Houston TX 77060-5994
6687077      +Caplan, Caplan and Caplan,    12555 Orange Drive,  # 106-107,   Fort Lauderdale FL 33330-4304
6687080      +Christopher D  Ganter,    10521 Rogers Road,   Frisco TX 75033-2456
6687082     #+Continental Interpreting,    3111 North Tustin Street,  # 235,   Orange CA 92865-1726
6687083       CoreLogic,    P O  Box 847239,   Dallas TX 75284-7239
6687084      +CoreLogic,    40 Pacifica, Suite 900,   Irvine CA 92618-7487
6687087      +Crosland Concepts, LLC,    6860 Dallas Pkwy , #600,   Plano TX 75024-4273
6687089      +Daniel Blakely,    c/o /Peter C  Catalanotti,   One California Street, Suite 1100,
                San Francisco CA 94111-5412
6687093      +Experian,    475 Antoin Blvd,   Costa Mesa CA 92626-7037
6687092       Experian,    P O  Box 881971,   Los Angeles CA 90088-1971
6687095       Federal Express,    P O  Box 660481,   Dallas TX 75266-0481
6687096      +Federal Express,    2201 W Plano Pkwy,   Plano TX 75075-8415
6687097       First American Data Tree,    P O  Box 731211,   Dallas TX 75373-1211
6687099      +Garrett Palines,    c/o James A  Michel,   2912 Diamond Street #373,   San Francisco CA 94131-3208
6687103      +HP Debt Exchange, LLC,    6860 Dallas Pkwy , #600,   Plano TX 75024-4273
6687104      +HP Holdings, LLC,    6860 Dallas Pkwy , #600,   Plano TX 75024-4273
6687105      +HVAC 50, JV,    c/o B  Scot Pierce,   100 Main Street,   Fort Worth TX 76102-3009
6687100      +Hanshaw Kennedy Marquis, PLLC,    1125 Legacy Dr , #250,   Frisco TX 75034-1942
6687101      +Hosto, Buchan, Prater & Lawrene, PLLC,    P O  Box 3397,   Little Rock AR 72203-3397
6687102      +Hosto, Bucvhan, Prater & Lawrence, PLLC,    701 West 7th Street,   Little Rock AR 72201-4042
6687106      +Ilda Rocio Jiminez et al,    c/o William Kennedy,   2797 Park Avenue, Suite 201,
                Santa Clara CA 95050-6063
6687107      +ImageTek,    320 Westway Place, # 500,   Arlington TX 76018-1000
6687109       InterThinx,    P O  Box 27985,   New York NY 10087-7985
6687110      +InterThinx,    30005 Ladyface Court,   Agoura Hills CA 91301-2583
6687114      +JJT Financial,    c/o Mark A  Goodman,   5420 LBJ Freeway, Suite 1200,   Dallas TX 75240-6215
6687111      +James W  Fields,    1 Westobou Crossing,   North Augusta SC 29841-5208
6687112      +Janney & Janney Attorney Services, Inc,    1545 Wilshire Blvd , Ste  311,
                Los Angeles CA 90017-4504
6687115      +John J  Trybus,    c/o Mark A  Goodman,   5420 LBJ Freeway, Suite 1200,   Dallas TX 75240-6215
6687116      +Justin T  Ryan,    2534 State Street, #404,   San Diego CA 92101-1316
6687118      +Kenneth L  Maun,    Tax Assessor Collector Collin County,   1800 N  Graves St , Suite 170,
                Mc Kinney TX 75069-3659
6687119      +Leidy M  Adrian,    c/o Janet Lawson,   3639 East Harbor Blvd , #109,   Ventura CA 93001-4276
6687123      +Lexis Nexis,    1600 John F  Kennedy Blvd ,  Ste  1655,   Philadelphia PA 19103-2826
6687120       Lexis Nexis,    P O  Box 2314,   Carol Stream IL 60132-2314
6687122      +Lexis Nexis,    70 West Madison,   Chicago IL 60602-4383
6687121       Lexis Nexis,    P O  Boxx 7247-6157,   Philadelphia PA 19170-6157
6687124      +Lloyd Ward,    12655 N  Central Expwy , # 1000,   Dallas TX 75243-1714
6687127      +MCS Associates,    18881 Von Karman, # 1175,   Irvine CA 92612-1569
6687125      +Maria Del Carmen Pena,    c/o William Kennedy,   2797 Park Avenue, Suite 201,
                Santa Clara CA 95050-6063
6687126      +Maribel Monroy,    c/o Charles W  Branham,   3900 Elm Street,   Dallas TX 75226-1218
6687128      +Mechanical Air Design,    1200 N  Main St,   Carrollton TX 75006-6210
6687129      +Michelle Furukawa,    c/o Ian Chowdhury,   8853 Fulbright Ave,   Winnetka CA 91306-1117
6687130      +Mokri & Associates,    1851 East First St , # 900,   Santa Ana CA 92705-4066
6687131      +Mutual First, LLC,    6860 Dallas Pkwy , #600,   Plano TX 75024-4273
6687132       Ozarka,    P O  Box 856680,   Louisville KY 40285-6680
6687133      +Ozarka,    800 North Brand Blvd,   Glendale CA 91203-1245
6687135      +Paetec,    929 Martha’s Way,   Hiawatha IA 52233-2407
6687136      +Patrick Burns & Associates,    8401 Wayzata Blvd , #300,   Minneapolis MN 55426-1354
6687137      +Reco Prianto,    c/o Mark F  Anderson,   235 Montgomery Stree, Suite 194,
                San Francisco CA 94104-2902
6687139       Robert Calabro IRA,    c/o Sunwest Trust, Inc  IRA Dept,   PO Box 36371,
                Albuquerque NM 87176-6371
6687140      +Rosita Gonzalez et al,    c/o Daniel J  Mulligan,   10085 Carrol Canyon Rd , Suite 210,
                San Diego CA 92131-1100
6687141      +Sierra Shred,    6136 Frisco Square Blvd , #400,   Frisco TX 75034-3251
6687142      +Stepahie Valles,    c/o William F  Horn,   188-01B 71sr Crescent,   Fresh Meadows NY 11365-3773
6687143      +Synergy Air Specialists, Inc,    1980 McDonald Rd,   Rockwall TX 75032-8689
```

```
District/off: 0540-4          User: carterl              Page 2 of 2              Date Rcvd: Jan 15, 2014
                              Form ID: B9b               Total Noticed: 86

6687145       +TILHP3,   c/o B  Scot Pierce,   100 Main Street,   Fort Worth TX 76102-3009
6687144        The Hartford,   P O  Box 660916,   Dallas TX 75266-0916
6687146       +Tonya Besse,   c/o Gregory S Reichenbach,   P O  Box 256,   Bluffton OH 45817-0256
6687147        Tyco,   P O  Box 371967,   Pittsburgh PA 15250-7967
6687148       +Tyco,   9 Roszel Road,   Princeton NJ 08540-6205
6687067        United States Attorney s Office,   110 North College Avenue, Suite 700,   Tyler TX 75702-0204
6687149       +VAK Capital, LLC,   224 East Jericho Turnpike,   Huntington Station NY 11746-7304
6687150       +Wade Financial Advisory,   2105 S  Bascom Ave #110,   Campbell CA 95008-3274
6687151       +WebLinc,   22 South 3rd Street, 2nd Floor,   Philadelphia PA 19106-2701
6687152        West,   P O  Box 6292,   Carol Stream IL 60197-6292
6687091       +eVision Systems, Inc,   2852 Antoine,   Houston TX 77092-7055
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: brounerj@earthlink.net Jan 16 2014 00:49:58      James S. Brouner,
                12770 Coit Road, Suite 541,   Dallas, TX  75251
tr            +EDI: QCMOSER.COM Jan 16 2014 00:43:00      Christopher Moser,   2001 Bryan Street, Suite 1800,
                Dallas, TX 75201-3070
ust           +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Jan 16 2014 00:50:13      US Trustee,
                Office of the U.S. Trustee,   110 N. College Ave.,   Suite 300,   Tyler, TX 75702-7231
6687086       +E-mail/Text: BANKRUPTCYNOTICE@CSCINFO.COM Jan 16 2014 00:49:59      Corporation Service Company,
                2711 Centerville Rd , Ste 400,   Wilmington DE 19808-1646
6687085        E-mail/Text: BANKRUPTCYNOTICE@CSCINFO.COM Jan 16 2014 00:49:59      Corporation Service Company,
                P O  Box 13397,   Philadelphia PA 19101-3397
6687090        EDI: ESSL.COM Jan 16 2014 00:43:00      Dish Network,   Dept  0063,   Palatine IL 60055-0063
6687098       +E-mail/Text: tree-trace-legal.sna.ca@firstam.com Jan 16 2014 00:50:12
                First American Data Tree,   1 First American Way,   Santa Ana CA 92707-5913
6687108        EDI: IRS.COM Jan 16 2014 00:43:00      Internal Revenue Service,
                Centralized Insolvency Operations,   PO Box 21126,   Philadelphia PA 19114-0326
6687066        EDI: IRS.COM Jan 16 2014 00:43:00      Internal Revenue Service,   Special Procedures,
                1100 Commerce, Room 951,   STOP 5025 DAL,   Dallas TX 75242
6687113       +E-mail/Text: courtcrg@lincolnlaw.com Jan 16 2014 00:50:20      Jesus Edgar Montano,
                c/o/ Lincoln Law, LLP,   1525 Contra Costa Blvd,   Pleasant Hill CA 94523-3054
6687134        E-mail/Text: shannon.sullivan@windstream.com Jan 16 2014 00:50:03      Paetec,   P O  Box 1283,
                Buffalo NY 14240-1283
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6687117        JV Partners
6687138        Redwater Funding Group
6687074      ##+Assure Professionals,   12928 Artisan Hill Dr,   Huntersville NC 28078-2649
6687081      ##+Cohen & Krassner,   450 Seventh Ave , # 1608,   New York NY 10123-1608
6687094      ##+Featherstone & Hegji,   7465 W  Lake Mead Blvd , #100,   Las Vegas NV 89128-1033
                                                                                   TOTALS: 2, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2014                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2014 at the address(es) listed below:
         Christopher  Moser    cmoser@qslwm.com,   cmoser@ecf.epiqsystems.com;kimhill@qslwm.com
         James S. Brouner    on behalf of Debtor    Heritage Pacific Financial, LLC brounerj@earthlink.net
         US Trustee    USTPRegion06.TY.ECF@USDOJ.GOV
                                                                                             TOTAL: 3
```