IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HERITAGE PACIFIC FINANCIAL, LLC, | § | CASE NO. 14-40107 |
| | § | (Chapter 7) |
| | § | |
| DEBTOR | § | |

# APPLICATION TO EMPLOY JEFF WRIGHT ASSET RECOVERY LLC

**TO THE HONORABLE BRENDA T. RHOADES, U.S. BANKRUPTCY JUDGE:**

Christopher J. Moser, Trustee ("Trustee") files his Application to Employ Jeff Wright Asset Recovery LLC (the "Motion") as follows:

1. On January 14, 2014, Heritage Pacific Financial, LLC ("Debtor") filed with this Court a voluntary petition under Chapter 7 of the Bankruptcy Code.

2. Christopher J. Moser is the acting Chapter 7 Trustee of the Debtor's bankruptcy estate.

3. Prior to filing bankruptcy, the Debtor was in the debt collection business. Due to the nature of the Debtor's business, the Debtor was involved in many proceedings which have yielded a recovery to the estate. The Trustee has been approached by Jeff Wright Asset Recovery LLC regarding locating unclaimed funds in the name of the Debtor. Due to the circumstances in which such funds may be held by the government, information regarding the existence and location of such funds is not readily available from the normal sources of information available to the Trustee -- such as bankruptcy schedules or information from the Debtor. In order to recover these funds in the quickest and cost-efficient manner, the Trustee seeks authority to employ Jeff Wright Asset Recovery LLC ("JWAR") on a contingency basis to recover these proceeds on behalf of the estate.

4. Trustee proposes to employ JWAR under §328 of the Bankruptcy Code and to compensate JWAR on a 25% contingency basis. No fee will be paid to JWAR unless funds are actually recovered and returned to the Trustee. Moreover, JWAR will pay all costs and expenses associated with recovering the funds.

5. The Trustee is contemporaneously seeking to employ another recovery firm, Dilks & Knopik, LLC to recover one specific deposit of approximately $8,270.98. JWAR engagement will specifically exclude the unclaimed fund being recovered by Dilks & Knopik. JWAR's engagement will extend to all other unclaimed funds it locates and recovers.

6. Upon information and belief, other than as disclosed, JWAR does not hold or represent any interest adverse to the Trustee in the matters upon which it is to be engaged and its employment would be in the best interest of the Debtor's bankruptcy estate.

7. Upon information and belief, other than as disclosed, JWAR has no connection with the Debtor, its creditors, or any party in interest or their respective attorneys, the United States Trustee, or any person employed in the office of the United States Trustee, which should disqualify it from representing the estate as evidenced by the affidavit of Jeff Wright attached hereto as Exhibit "A".

**WHEREFORE, PREMISES CONSIDERED**, Trustee prays that he be authorized to employ Jeff Wright Asset Recovery LLC pursuant to §328 of the Bankruptcy Code to locate and recover funds for the estate as set forth above, and that Trustee be granted such other and further relief to which he may be justly entitled.

Respectfully submitted,

QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

By: */s/ John Paul Stanford*
    John Paul Stanford
    Texas Bar No. 19037350

ATTORNEYS FOR TRUSTE

**NOTICE**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE HEREOF UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH RESPONSE. IF NO RESPONSE IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF A RESPONSE IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER**.

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been served via regular U.S. mail, postage prepaid, on the 17th day of January, 2017, upon the following:

Office of the U.S. Trustee
300 Plaza Tower
110 North College Avenue
Tyler, Texas 75702

    */s/ John Paul Stanford*