IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HERITAGE PACIFIC FINANCIAL, LLC, | § | CASE NO. 14-40107 |
| | § | (Chapter 7) |
| | § | |
| DEBTOR | § | |

**NOTICE OF WITHRAWAL OF APPLICATION TO EMPLOY
JEFF WRIGHT ASSET RECOVERY LLC**

**TO THE HONORABLE BRENDA T. RHOADES, U.S. BANKRUPTCY JUDGE:**

Christopher J. Moser, Trustee ("Trustee") filed his Application to Employ Jeff Wright Asset

Recovery LLC (the "Motion") on January 17, 2017 *[docket #154].*

The Trustee hereby withdraws the Motion.

Respectfully submitted,

QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

By:  */s/ John Paul Stanford*
John Paul Stanford
Texas Bar No. 19037350

ATTORNEYS FOR TRUSTEE

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been served via regular U.S. mail, postage prepaid, on the 18th day of January, 2017, upon the following:

Office of the U.S. Trustee
300 Plaza Tower
110 North College Avenue
Tyler, Texas  75702

                *_/s/ John Paul Stanford_*